UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE | ) |
| | ) |
| Amanda C. Monroe | ) CASE No# 15-41383-drd-13 |
| | ) |
| Debtor. | ) |

## **OBJECTION**

COMES NOW, Debtor, and by and through her attorney of record, and files her objection to Trustee's Notice of Completion of Plan.

1. Debtor objects based on incomplete payment of secured creditors.

WHEREFORE, Debtor prays the court's order granting Debtor's objection for such other and further relief as the Court deems just and proper.

Respectfully Submitted

/s/Rocky T. Cannon
Rocky T. Cannon Mobar#49221
6124 Blue Ridge Blvd
Raytown MO 64133
(816) 353-0009
fax:(816) 503-8993
Attorney for Debtor

Certificate of Service
I hereby certify that a copy of the above document was either served by electronic service or by first class mail, postage prepaid, to the chapter 13 trustee and all effected creditors on March 16, 2020.

/s/Rocky T. Cannon
Rocky T. Cannon